UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. LYLES, | No. 2:16-cv-1928 KJN P |
| Petitioner, | |
| v. | ORDER |
| COMPTON COURTS, et al., | |
| Respondents. | |

Petitioner, a former state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the filing fee.

Petitioner resides in and was convicted in Los Angeles County. Los Angeles County is in an area embraced by the United States District Court for the Central District of California.

Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

////

////

////

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

Dated: August 19, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lyle1928.108b