**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH LYLES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>COMPTON COURTS and CHINO STATE PRISON,<br><br>　　　　　　Respondents. | Case No. CV 16-6286 DOC (SS)<br><br>**ORDER ACCEPTING AS MODIFIED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, modified to reflect that this action is dismissed without prejudice.

\\

\\

\\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall
2    be entered dismissing this action without prejudice.
3
4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5    Order and the Judgment herein on Petitioner at his current address
6    of record.
7
8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10   DATED: November 30, 2016

                                     *David O. Carter*
                                     _____
                                     DAVID O. CARTER
                                     UNITED STATES DISTRICT JUDGE

2