JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH LYLES,<br><br>          Petitioner,<br><br>   v.<br><br>COMPTON COURTS and CHINO STATE PRISON,<br><br>          Respondents. | Case No. CV 16-6286 DOC (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting As Modified Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed without prejudice.


DATED: November 30, 2016

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE